**Defendant:** **American Stock Transfer & Trust Company, LLC**
**Bankruptcy Case:** **Bed Bath & Beyond Inc.**
**Preference Period:** **Jan 23, 2023 - Apr 23, 2023**

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/8/2023 | $116,500.00 | 2/8/2023 | Warrants Closing Fee | 2/6/2023 | $5,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/8/2023 | $116,500.00 | 2/8/2023 | Warrant Agent Fee | 2/6/2023 | $6,500.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/8/2023 | $116,500.00 | 2/8/2023 | Pref Stock Closing Fee | 2/6/2023 | $5,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:2/8/2023 | $116,500.00 | 2/8/2023 | DTC Eligibility Fee | 2/6/2023 | $100,000.00 |

**Totals:** **1 transfer(s),** **$116,500.00**